| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| Law Offices of Brenner, Spiller & Archer<br>175 Richey Avenue<br>Collingswood, NJ 08107<br>856-963-5000<br>856-858-4371<br>Attorney for Debtor(s) |

Order Filed on May 6, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re:<br><br>Pietro Degrande | Case No.: 19-32708 |
|---|---|
| | Judge: MBK |
| | Chapter: 13 |

# ORDER GRANTING DEBTOR'S MOTION TO SUSPEND TRUSTEE PAYMENTS

The relief set forth on the following pages, numbered two (2) through two (2) is **ORDERED**

………..

**DATED: May 6, 2020**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor:              Pietro Degrande
Case No:             19-32708-MBK
Caption of Order:    Order Granting Debtor's Motion to Suspend Trustee Payments

Upon consideration of Debtors' Motion to Suspend Trustee Payments, and for cause shown, it is hereby;

**ORDERED** as follows:

1. The debtors' monthly plan payments to the Chapter 13 trustee are hereby suspended from May 1, 2020 through July 31, 2020.

2. Chapter 13 plan payments will resume with the August 1, 2020 payment.

3. The Chapter 13 plan arrears will be capitalized into the remainder of the Chapter 13 plan.

4. Debtor shall continue at $3,021.00 PTD; then $1,083.00 for 53 months, commencing August 1, 2020.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-32708-MBK
Pietro O. Degrande                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin           Page 1 of 1           Date Rcvd: May 06, 2020
                       Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2020.
db          +Pietro O. Degrande,   6 Tweentown Close,   New Hanover, NJ 08511-1209

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2020 at the address(es) listed below:
          Albert   Russo   docs@russotrustee.com
          Andrew Thomas Archer   on behalf of Debtor Pietro O. Degrande aarcher@spillerarcherlaw.com,
           bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Denise E. Carlon   on behalf of Creditor   HomeBridge Financial Services, Inc.
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                         TOTAL: 4