**Order Filed on June 7, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

RAS Citron, LLC
130 Clinton Road – Lobby B, Suite 202
Fairfield, NJ 07004
Telephone No.: 973-575-0707
Fax No.: 973-404-8886
Attorneys for Secured Creditor

Harold Kaplan HK0226

In Re:

Pietro O. Degrande,

    Debtor.

Case No.:    19-32708-MBK
Chapter:    13
Hearing Date:    June 15, 2021
Judge:    Michael B. Kaplan

---

## AGREED ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

**DATED: June 7, 2021**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Page 2**

Secured Creditor: JPMorgan Chase Bank, N.A.

Secured Creditor's Counsel: Robertson, Anschutz, Schneid, Crane & Partners PLLC

Debtors' Counsel: Andrew Thomas Archer

Property Involved ("Collateral"): 2019 Subaru Forester (VIN JF2SKAPC4KH402876)

Relief sought:
- ■ Motion for relief from the automatic stay
- ☐ Motion to dismiss
- ☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Secured Creditor's Motion is resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ■ The Debtor has brought the account current subsequent to the filing of the Motion for Relief from Stay filed on May 20, 2021.

2. Debtor must cure all post-petition arrearages, as follows:

    ■ Beginning on June 15, 2021, regular monthly mortgage payments shall continue to be made in the amount of $478.62.

3. Payments to the Secured Creditor shall be made to the following address(es):

    ■ Regular monthly payment: JPMorgan Chase Bank, N.A.
    National Bankruptcy Department
    P.O. Box 901032
    Ft. Worth, Texas 76101-2032

    ■ Monthly cure payment: JPMorgan Chase Bank, N.A.
    National Bankruptcy Department
    P.O. Box 901032
    Ft. Worth, Texas 76101-2032

4. In the event of Default:

    ■ Should the Debtor(s) fail to make any of the above captioned payments, or if any regular monthly payment should become more than thirty (30) days late or if Debtor(s) fails to comply with any terms of this Consent Order, counsel shall file a Certification of Default with the Court

and the court shall enter an Order granting relief from the Automatic Stay. A copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney.

☒ In the event the Debtor(s) convert(s) to a Chapter 7 during the pendency of this bankruptcy case, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, Chapter 7 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay.

5. Award of Attorneys' Fees:

☒ The Applicant is awarded attorney fees of $350.00 and costs of $188.00.

The fees and costs are payable:

☒ Through the Chapter 13 plan.

☐ To the Secured Creditor within _____ days.

☐ Attorneys' fees are not awarded.

The undersigned hereby consent to the form and entry of the foregoing order.

_____
Andrew Thomas Archer
Attorney for Debtor(s)
Date: 5-28-2021

/s/Harold Kaplan
_____
Harold Kaplan
Attorney for Secured Creditor
Date: 5/28/2021

United States Bankruptcy Court

District of New Jersey

In re:                                                                                  Case No. 19-32708-MBK
Pietro O. Degrande                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 07, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Pietro O. Degrande, 6 Tweentown Close, New Hanover, NJ 08511-1209 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2021                          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrew Thomas Archer | on behalf of Debtor Pietro O. Degrande aarcher@spillerarcherlaw.com<br>bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor HomeBridge Financial Services  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Harley-Davidson Credit Corp. bk@stewartlegalgroup.com |
| Harold N. Kaplan | on behalf of Creditor JPMORGAN CHASE BANK  N.A. hkaplan@rasnj.com, informationathnk@aol.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. jschwartz@mesterschwartz.com |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Jun 07, 2021 | Form ID: pdf903 | Total Noticed: 1

Matthew K. Fissel
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com

Sindi Mncina
    on behalf of Creditor JPMORGAN CHASE BANK  N.A. smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9