UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew T. Archer, Esq.
BRENNER SPILLER & ARCHER
175 Richey Ave
Collingswood, NJ 08107
(856) 963-5000
Attorney for Debtor(s)
005272008

**Order Filed on August 6, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Pietro O. Degrande,

                              Debtor(s).

Case No.:      19-32708 MBK

Chapter:              13

Judge:              MBK

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 6, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Andrew T. Archer, Esquire _____ , the applicant, is allowed a fee of $ _____ 995.00 _____ for services rendered and expenses in the amount of $ _____ 0.00 _____ for a total of $ _____ 995.00 _____ . The allowance is payable:

    ☒  through the Chapter 13 plan as an administrative priority.

    ☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $ _____ n/a _____ per month for __ n/a __ months to allow for payment of the above fee.

*rev.8/1/15*

2