Form 170 − ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−32708−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Pietro O. Degrande
   6 Tweentown Close
   New Hanover, NJ 08511

Social Security No.:
   xxx−xx−7175

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑   A Motion to Dismiss has been filed by John Michael McDonnell, Chapter 7 Trustee.

☐   An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

  ☐   The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

  ☐   The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

  ☐   The corporate debtor is self−represented.

  ☐   Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Kathryn C. Ferguson on,

Date: 11/23/21
Time: 10:00 AM
Location: Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Dated: October 22, 2021
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Pietro O. Degrande  
    Debtor

Case No. 19-32708-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Oct 22, 2021      Form ID: 170      Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pietro O. Degrande, 6 Tweentown Close, New Hanover, NJ 08511-1209 |
| cr | + | Harley-Davidson Credit Corp., POB 340514, Tampa, FL 33694-0514 |
| 518671806 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518603993 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518671820 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518603998 | + | Cenlar Mortgage Central Loan Administrat, Attn: Bankruptcy, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 519169039 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 519169040 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764, Freedom Mortgage Corporation, 10500 Kincaid Drive Fishers, IN 46037-9764 |
| 518664413 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 518710313 | | HomeBridge Financial Services, Inc., c/o Cenlar FSB, Ewing, NJ 08618 |
| 518841584 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518604009 | | State of New Jersey Division of Taxation, Compliance & Enforcement-Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0267 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 22 2021 20:20:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 22 2021 20:20:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Oct 22 2021 20:29:38 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518680985 | + | Email/Text: bknotices@totalcardinc.com | Oct 22 2021 20:20:00 | Bank of Missouri, Total Card Inc, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 518603995 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 22 2021 20:29:37 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518603997 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Oct 22 2021 20:29:51 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518612697 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Oct 22 2021 20:29:38 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518677863 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Oct 22 2021 20:29:50 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518650010 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 22 2021 20:29:45 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518603999 | + | Email/Text: bk.notifications@jpmchase.com | | |

Case 19-32708-KCF    Doc 80    Filed 10/24/21    Entered 10/25/21 00:12:44    Desc Imaged
                              Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 22, 2021 | Form ID: 170 | Total Noticed: 37 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 22 2021 20:20:00 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101-2076 |
| 518604000 | + | Email/Text: convergent@ebn.phinsolutions.com | Oct 22 2021 20:20:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, Po Box 9004, Renton, WA 98057-9004 |
| 518604001 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 22 2021 20:29:38 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518604002 | | Email/Text: mrdiscen@discover.com | Oct 22 2021 20:19:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518617327 | | Email/Text: mrdiscen@discover.com | Oct 22 2021 20:19:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518604003 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 22 2021 20:20:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 518604004 | + | Email/Text: bankruptcy.notices@hdfsi.com | Oct 22 2021 20:20:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 518604005 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 22 2021 20:19:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518668935 | | Email/Text: bk.notifications@jpmchase.com | Oct 22 2021 20:20:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 518604007 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 22 2021 20:19:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 518604008 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 22 2021 20:29:51 | LVNV Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 518697104 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 22 2021 20:29:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518679791 | | Email/Text: bnc-quantum@quantum3group.com | Oct 22 2021 20:20:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518679789 | | Email/Text: bnc-quantum@quantum3group.com | Oct 22 2021 20:20:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518604009 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 22 2021 20:19:00 | State of New Jersey Division of Taxation, Compliance & Enforcement-Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0267 |
| 518604010 | + | Email/Text: bknotices@totalcardinc.com | Oct 22 2021 20:20:00 | Total Visa/Bank of Missouri, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 518691713 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 22 2021 20:29:45 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518603994 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518603996 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518612699 | *+ | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518604006 | ##+ | KML Law Group, 216 Haddon Avenue Suite 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 22, 2021 | Form ID: 170 | Total Noticed: 37 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2021             Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2021 at the address(es) listed below:**

**Name**          **Email Address**

Andrew Thomas Archer
　　on behalf of Debtor Pietro O. Degrande aarcher@spillerarcherlaw.com
　　bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com

Denise E. Carlon
　　on behalf of Creditor HomeBridge Financial Services  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart
　　on behalf of Creditor Harley-Davidson Credit Corp. bk@stewartlegalgroup.com

Harold N. Kaplan
　　on behalf of Creditor JPMORGAN CHASE BANK  N.A. hkaplan@rasnj.com, informationathnk@aol.com

Jason Brett Schwartz
　　on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. jschwartz@mesterschwartz.com

John Michael McDonnell
　　on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,bcrowley@mchfirm.com

John Michael McDonnell
　　jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,bcrowley@mchfirm.com

Matthew K. Fissel
　　on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  matthew.fissel@brockandscott.com

Sindi Mncina
　　on behalf of Creditor JPMORGAN CHASE BANK  N.A. smncina@raslg.com

U.S. Trustee
　　USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10