| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **MCDONNELL CROWLEY, LLC**<br>115 Maple Avenue<br>Red Bank, New Jersey 07701<br>(732) 383-7233<br>jmcdonnell@mchfirm.com<br>John M. McDonnell<br>*Chapter 7 Trustee* |

Order Filed on November 23, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>Pietro O. Degrande,<br><br>      Debtor. | Case No. 19-32708 (KCF)<br><br>Chapter 7<br><br>Honorable Kathryn C. Ferguson |

## ORDER DISMISSING THE DEBTOR'S CHAPTER 7 PETITION

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: November 23, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor: Pietro O. Degrande
Case No.: 19-32708 (KCF)
Caption of Order: Order Dismissing the Debtor's Chapter 7 Petition

---

**THIS MATTER** having been opened to the Court by John M. McDonnell, Chapter 7 Trustee ("Trustee") for Pietro O. Degrande ("Debtor"), upon Application for the entry of an Order dismissing the Debtor's Chapter 7 Petition; and notice having been provided to the Office of the United States Trustee, all parties included on the Certificate of Service, and to the Debtor; and said notice constituting good and sufficient notice pursuant to the Federal and Local Rules of Bankruptcy Procedure; and the Court having considered all relevant pleadings, including the Application in support of the Trustee's Motion and opposition thereto, if any; and for other good cause having been shown;

**IT IS ORDERED** that the Debtor's Chapter 7 petition be, and hereby is, dismissed; and it is further

**ORDERED** that a copy of this Order shall be served on all parties included on the Certificate of Service within seven (7) days from the date hereof.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                         Case No. 19-32708-KCF
Pietro O. Degrande                                                                                 Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 24, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Pietro O. Degrande, 6 Tweentown Close, New Hanover, NJ 08511-1209 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2021                        Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Thomas Archer | on behalf of Debtor Pietro O. Degrande aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor HomeBridge Financial Services Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Harley-Davidson Credit Corp. bk@stewartlegalgroup.com |
| Harold N. Kaplan | on behalf of Creditor JPMORGAN CHASE BANK N.A. hkaplan@rasnj.com, informationathnk@aol.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. jschwartz@mesterschwartz.com |
| John Michael McDonnell | |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 24, 2021 | Form ID: pdf903 | Total Noticed: 1 |

jmcdonnell@mchfirm.com NJ95@ecfcbis.com,bcrowley@mchfirm.com

John Michael McDonnell
    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com NJ95@ecfcbis.com,bcrowley@mchfirm.com

Matthew K. Fissel
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com matthew.fissel@brockandscott.com

Sindi Mncina
    on behalf of Creditor JPMORGAN CHASE BANK N.A. smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10